Lamar E. BURGEST, III, Petitioner— Appellant,

v.

Ron WILEY, Warden, Respondent— Appellee.

No. 04–6603.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 18, 2004.

Decided Aug. 25, 2004.

Lamar E. Burgest, III, Appellant pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lamar E. Burgest, III, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Burgest v. Wiley,* No. CA–04–115–3 (E.D.Va. Mar. 15, 2004). We deny leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*